XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted December 27, 2004; decided February 17, 2005

Motion by Association of the Bar of the City of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

[828 NE2d 80, 795 NYS2d 164]

In the Matter of MICHAEL H. FEINBERG.

Decided February 22, 2005

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Michael H. Feinberg is suspended with pay, effective immediately, from the office of Surrogate of Kings County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.